DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER T. DEAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-681

[June 29, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 50-2005-CF-004089-AXXX-MB.

Carey Haughwout, Public Defender, and Paul E. Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melanie Dale Surber, Assistant Attorney General, West Palm Beach, for appellee.

**ON APPELLANT'S MOTION FOR CERTIFICATION**

PER CURIAM.

Appellant's motion for certification is granted and we certify the following question to the Supreme Court of Florida as being of great public importance:

IS MANSLAUGHTER A CATEGORY ONE LESSER INCLUDED OFFENSE OF SECOND-DEGREE FELONY MURDER?

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*　　\*　　\*